UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMARI ROBINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MCGEE AIR SERVICES, INC.,<br><br>        Defendant. | Case No.  23-cv-04190-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to *Price v. McGee Air Services, Inc.*, Case No. 23-cv-2705.

**IT IS SO ORDERED.**

Dated: January 5, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**